**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**IN RE: BYHEART, INC., INFANT FORMULA MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

MDL No. 3178

**This Document Relates to:**
*Stephen and Yurany Dexter, individually and on behalf of E.D., a minor v. ByHeart, Inc. et al.,* No. 1:26-cv-02891

*Amy and Anthony Mazziotti, individually and on behalf of H.M. v. ByHeart, Inc. et al.,* No.  1:26-cv-03223

*Anthony Barbera and Thalia Flores, individually and on behalf of A.B., a minor v. ByHeart, Inc. et al.,* No. 1:26-cv-02902-AS

*Anit Joseph and Luke Pooley, individually and as next friend of K.P., a minor v. ByHeart, Inc. et al,* No. 1:26-cv-02899-AS

*Madison Wescott and Tyler Wescott, individually and on behalf of K.W., a minor v. ByHeart, Inc.,* No. 1:26-cv-03085 AS

Case No.: 1:26-md-03178-AS

Hon. Arun Subramanian

**ORDER FOR ADMISSION PRO HAC VICE OF ILANA P. KORCHIA**

---

The Motion of Ilana P. Korchia, of Marler Clark, Inc., PS, for Admission to Practice Pro Hac Vice in the above-captioned matter is granted.

Ilana P. Korchia has declared that she is a member of good standing of the bar of the state of Washington, and that her contact information is as follows:

Ilana P. Korchia
MARLER CLARK, INC., PS
180 Olympic Dr. SE
Bainbridge Island, WA 98110
(206) 346-1888
Ikorchia@marlerclark.com

Ilana P. Korchia, having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above-captioned matters,

IT IS HEREBY ORDERED that Ilana P. Korchia is admitted to practice Pro Hac Vice in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 37 and 62.

Dated: ___ May 1, 2026 _____        _____

Arun Subramanian
United States District Judge